Peter A. Romero
promero@romerolawny.com

David D. Barnhorn
dbarnhorn@romerolawny.com

LAW OFFICE OF

# PETER A. ROMERO

## MEMO ENDORSED

September 7, 2023

**Via ECF**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square,
New York, New York 10007

> The request is granted. The settlement documents shall be filed by October 9, 2023. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: __September 7, 2023__
> New York, New York

Re:   **Laura Cuba v. Shadwick Inc., et al.**
      **Docket No.: 1:23-CV-05329 (ER)**

Dear Judge Ramos:

This firm represents Plaintiff Laura Cuba in the above-referenced matter brought against Defendants Shadwick Inc. d/b/a The Bravest, and Michael F. Shadwick ("Defendants"), for alleged violations of the Fair Labor Standards Act and the New York Labor Law. We write now, with Defendants' consent, to inform the Court of the current status of the matter.  The parties are pleased to report that they have successfully negotiated a settlement in principal, and are in the process of negotiating the specific terms of the settlement agreement for execution.  Therefore, the parties request that the Court stay the Defendants deadline to Answer the Complaint, and set a 30-day deadline of October 9, 2023, for the parties' to submit their settlement documentation to the Court.

We thank the Court for its time and consideration.  Please let us know if Your Honor needs any further information.

Respectfully,

*/s Matthew J. Farnworth*
MATTHEW J. FARNWORTH

cc:   All counsel of record