UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA CUBA, *on behalf of herself and all other persons similarly situated*,

          Plaintiff,

– against –

SHADWICK INC. d/b/a THE BRAVEST *and* MICHAEL F. SHADWICK,

          Defendants.

**ORDER**

23-cv-05329 (ER)

Ramos, D.J.:

    Laura Cuba filed this wage-and-hour action on June 22, 2023. Doc. 5. On November 8, 2023, Cuba moved for approval of the parties' proposed settlement. Doc. 15. The Court found that both the proposed settlement amount and the requested attorney fees and costs were fair and reasonable. *Cuba v. Shadwick Inc.*, No. 23 Civ. 05329 (ER), 2023 WL 8373009, at *1–3 (S.D.N.Y. Dec. 4, 2023); *see* Doc. 16. The Court declined to approve the agreement, however, because it included an overly broad release provision that was not limited to wage-and-hour claims. *Cuba*, 2023 WL 8373009, at *3.

    Cuba has now submitted a second motion for settlement approval along with a revised settlement agreement. Doc. 21. The revised agreement includes a narrower release that is appropriately limited to wage-and-hour claims. Doc. 21-1 at 2–3. Accordingly, for the reasons stated in the Court's prior opinion, the motion for settlement approval is GRANTED.

    The Clerk of Court is respectfully directed to terminate the motion, Doc. 21, and close the case.

    It is SO ORDERED.

2

Dated: February 9, 2024
       New York, New York

_____
EDGARDO RAMOS, U.S.D.J.